```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/2/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARVEY MURPHY and KATYRIA GILER COLON, on behalf of herself and her minor children, N.J. and K.J.,

                     Plaintiffs,

-against-

THE CITY OF NEW YORK, a municipal entity; NEW YORK CITY POLICE DEPARTMENT OFFICER LT. ERIC S. DYM, sued in his individual and official capacities; NEW YORK CITY POLICE DEPARTMENT OFFICERS JOHN DOES 1-10, all of whom are sued in their individual and their official capacities,

                     Defendants.

23 Civ. 1925 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated April 10, 13, and 17, 2023. *See* ECF Nos. 14–16. Accordingly, Defendants' objection to Plaintiffs' statement of relatedness of this matter to *Elliot v. New York City*, 23 Civ. 352, ECF No. 7, is DENIED. *See* ECF No. 14. The Court shall issue a separate order referring Plaintiffs' request for sanctions, *see* ECF No. 15 at 3–4, and Defendants' request to compel, *see* ECF No. 16 at 2, to the Honorable Valerie Figueredo.

      SO ORDERED.

Dated: May 2, 2023
       New York, New York

                                       ANALISA TORRES
                               United States District Judge