```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/25/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARVEY MURPHY and KATYRIA GILER COLON, on behalf of herself and her minor children, N.J. and K.J.,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, a municipal entity; NEW YORK CITY POLICE DEPARTMENT OFFICER LT. ERIC S. DYM, sued in his individual and official capacities; NEW YORK CITY POLICE DEPARTMENT OFFICERS JOHN DOES 1-10, all of whom are sued in their individual and their official capacities,

                Defendants.

23 Civ. 1925 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated May 24, 2023. *See* ECF Nos. 25–26. Accordingly, Plaintiffs' request to file an amended complaint is GRANTED. By **June 1, 2023**, Plaintiffs shall file their amended complaint. Defendants shall answer or otherwise respond to the amended complaint in accordance with Federal Rule of Civil Procedure 15(a).

    SO ORDERED.

Dated: May 25, 2023
       New York, New York

                                                    ANALISA TORRES
                                         United States District Judge