

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARK D. ZUCKERMAN**<br>Senior Counsel<br>E-mail: mzuckerm@law.nyc.gov<br>Phone: (212) 356-3519<br>Fax: (212) 788-9776 |

> **Application Granted**
>
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: 7-24-2023
>
> The Initial Case Management Conference scheduled for August 14, 2023 is hereby adjourned to **September 13, 2023 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.** The Clerk of Court is directed to terminate the motion at ECF No. 56. **SO ORDERED.**

**VIA ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Harvey Murphy, et. al. v. City of New York, et. al.</u>, 23 Civ. 1925 (AT)(VF)

Your Honor:

    I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York, Eric Dym, Shawn Moynihan and Victor Carrasquillo herein. I write with the consent of plaintiffs' counsel to respectfully request that the initial conference scheduled for August 14, 2023 at 10:00 a.m. be adjourned. The reason for the request is that I am previously scheduled to participate in a deposition that day in another matter which involves multiple parties that would be extremely difficult to reschedule. Counsel herein have conferred, and both plaintiffs' counsel and myself are available 8/10/23, 8/11/23 or 8/18/23 for the conference should any of those dates be available for the Court. (I am on vacation beginning 8/26/23 returning 9/11/23)

    This is the first such request.

    Thank you for your consideration herein.

    Respectfully submitted,

    /s/ Mark D. Zuckerman

                                                                          Mark D. Zuckerman  
                                                                          Senior Counsel

cc:      All Counsel (via ECF)