```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/5/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARVEY MURPHY and KATYRIA GILER COLON, on behalf of herself and her minor children, N.J. and K.J.,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, a municipal entity; NEW YORK CITY POLICE DEPARTMENT OFFICER LT. ERIC S. DYM, sued in his individual and official capacities; NYPD Officer Shawn Moynihan, Shield No. 03202, sued in his individual and official capacities; NYPD Officer Victor Carrasquillo, Shield No. 16720, sued in his individual and official capacities; NEW YORK CITY POLICE DEPARTMENT OFFICERS JOHN DOES 1-10, all of whom are sued in their individual and their official capacities,

                Defendants.

23 Civ. 1925 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 25, 2023, Defendants moved to stay discovery pending the outcome of their motion to dismiss, or, alternatively, to "conduct discovery in phases." ECF No. 64 at 1. Defendants' letter states that "Plaintiffs have indicated that they oppose these requests." *Id.*

    Accordingly, by **September 12, 2023**, Plaintiffs shall file their opposition letter, if any.

    SO ORDERED.

Dated: September 5, 2023
        New York, New York

                                        ANALISA TORRES
                                   United States District Judge