UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HARVEY MURPHY et al.,

                    Plaintiffs,

       -against-

CITY OF NEW YORK et al.,

                    Defendants.
-----------------------------------------------------------------X

23-CV-1925 (AT) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

For the reasons stated at the conference held on September 13, 2023, the City's motion (see ECF No. 64) to stay discovery is **GRANTED**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 64. Discovery is stayed until Judge Torres issues a decision on Defendants' outstanding motion to dismiss at ECF No. 58.

For the reasons stated on the record, Plaintiff's request for sanctions raised in a letter motion dated April 13, 2023 (see ECF No. 15) is **DENIED**.

**SO ORDERED.**

DATED:    New York, New York
               September 13, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge