UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
HARVEY MURPHY, et. al.,

                                      Plaintiffs,    **UNSEALING ORDER**

        -against-

                                                 23 Civ. 1925 (AT)(VF)

THE CITY OF NEW YORK, et. al.,

                                      Defendants.
------------------------------------------------------------------------ x

      **IT IS HEREBY ORDERED** that all records and papers relating to Levar Jones's arrest of April 9, 2020 and the prosecution in the criminal action arising therefrom, on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL §§ 160.50 and 160.55, may be unsealed for use only in this litigation and in <u>Elliott v. City of New York, et. al.</u>, 23 Civ. 352 (AT)(VF); and

      **IT IS FURTHER ORDERED** that the aforementioned sealed records shall be disclosed to the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, or her authorized representative, who shall not be bound by the statutory sealing requirements of C.P.L §§160.50 and 160.55, as it relates to the aforementioned sealed records.

Dated: New York, New York
       September <u>28</u>, 2023

                                                          _____
                                                           Hon. Valerie Figueredo
                                                          United States Magistrate Judge